**E-filed 7/7/06**

1  SUE CAMPBELL
   Attorney at Law, Bar No. 98728
2  1155 North First Street, Suite 101
   San Jose, CA 95112
3  (408) 277-0648

4  Attorney for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  NORTHERN CALIFORNIA-NORTHERN          )   CASE NO.:  C06-02342 JF ADR HRL
    NEVADA SOUND AND COMMUNICATIONS)
11  EMPLOYEE BENEFIT TRUST FUNDS;         )
    DOUG LUNG AND BOB TRAGNI AS           )   CASE MANAGEMENT
12  TRUSTEES OF THE NORTHERN              )   CONFERENCE STATEMENT
    CALIFORNIA-NORTHERN NEVADA            )   AND PROPOSED ORDER
13  SOUND AND COMMUNICATIONS              )
    DISTRICT NO. 9 HEALTH AND WELFARE     )   Date:       July 7, 2006
14  TRUST FUND,                           )   Time:       10:30 a.m.
                                          )   Place:      Courtroom 3, 5th Floor
15                  Plaintiffs,           )   Judge:      Hon. Jeremy Fogel
                                          )
16  vs.                                   )
                                          )
17  SPARTAN ENGINEERING, INC.,            )
    a California Corporation,             )
18                                        )
                    Defendants.           )
19                                        )
    ——————————————————————————)
20

21       Plaintiff in the above-entitled action submits this Case Management Statement and

22  proposed order, and requests that the court adopt it as the Case Management Order in this case.

23  The defendant in this matter was served on June 8, 2006.  Defendants' answer is due June 28,

24  2006.  If no answer is filed, Plaintiffs will file a Request for Entry of Default prior to the

25  currently scheduled July 7th, 2006, Case Management Hearing.

26                          **DESCRIPTION OF THE CASE**

27       This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

28  Funds.

1

1     Plaintiffs would like to continue the case for sixty (60) days to allow time for a response

2    by Defendant or for Plaintiff's filing of a Request for Entry of Default.  Therefore, Plaintiffs

3    request that the case be continued until August 11, 2006, for another Case Management

4    Conference.

5

6                            Respectfully submitted,

7

8    Dated: June 20, 2006

9                            SUE CAMPBELL
                                Attorney for Plaintiff

10

11                            **ORDER**

12     The Case Management Conference is hereby continued to August 11, 2006, at

13    10:300 a.m., in Courtroom 3, 5th Floor.  Plaintiff will file an update and proposed action ten (10)

14    days prior to the Case Management Conference.

15

16    Dated: _____ 7/7/06 _____

17                             JUDGE OF THE U.S. DISTRICT COURT
                                JEREMY FOGEL

18

19

20

21

22

23

24

25

26

27

28

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER