SUE CAMPBELL
Attorney at Law, Bar No. 98728
1155 North First Street, Suite 101
San Jose, CA 95112
(408) 277-0648

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,

    Plaintiffs,

vs.

SPARTAN ENGINEERING, INC.,
a California Corporation,

    Defendants.

CASE NO.:  C06-02342 JF ADR HRL

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

Date: August 11, 2006
Time: 10:30 a.m.
Place: Courtroom 3, 5th Floor
Judge: Hon. Jeremy Fogel

  Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The defendant in this matter was served on June 8, 2006, and a Request for Entry of Default was entered on July 6, 2006. Defendants are now on a monthly payment schedule. The final payment is due October 1, 2006.

## DESCRIPTION OF THE CASE

  This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

1 | Funds.

2 | Plaintiffs would like to continue the case for ninety (90) days to allow time for
3 | completion of the payment schedule. Therefore, Plaintiffs request that the case be continued
4 | until November 17, 2006, for another Case Management Conference.

Respectfully submitted,

Dated: July 31, 2006

_____
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to November 17, 2006, at 10:300 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 9/12/06

_____
JUDGE OF THE U.S. DISTRICT COURT
jEREMY FOGEL