**E-filed 11/20/06**

1 | SUE CAMPBELL
Attorney at Law, Bar No. 98728
2 | 1155 North First Street, Suite 101
San Jose, CA 95112
3 | (408) 277-0648

4 | Attorney for Plaintiffs

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | NORTHERN CALIFORNIA-NORTHERN      ) CASE NO.:  C06-02342 JF ADR HRL
NEVADA SOUND AND COMMUNICATIONS)
11 | EMPLOYEE BENEFIT TRUST FUNDS;      )
DOUG LUNG AND BOB TRAGNI AS      )
12 | TRUSTEES OF THE NORTHERN          ) REQUEST FOR
CALIFORNIA-NORTHERN NEVADA        ) DISMISSAL OF
13 | SOUND AND COMMUNICATIONS          ) ENTIRE ACTION
DISTRICT NO. 9 HEALTH AND WELFARE ) AND ORDER
14 | TRUST FUND,                       )
                                      )
15 |              Plaintiffs,          )
                                      )
16 | vs.                              )
                                      )
17 | SPARTAN ENGINEERING, INC.,       )
a California Corporation,            )
18 |                                  )
             Defendants.              )
19 |                                  )
                                      )
20 | _____ )

21 |     Comes now the Plaintiffs  NORTHERN CALIFORNIA-NORTHERN NEVADA

22 | SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG

23 | LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-

24 | NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH

25 | AND WELFARE TRUST FUND in the above-entitled action and hereby dismiss the entire

26 | action without prejudice as to every party.

27 |     No answer has been filed in this matter. The defendant has paid all monies requested in

28 | the complaint for of October, November and December 2005 and January and February 2006.

1

1   This dismissal specifically does not waive the right of the Trust Funds to audit the employer for

2   the above time period, or any other time period, and to collect any additional monies found to

3   be delinquent as a result of an audit through a subsequent legal action.

4

5   Dated: November 14, 2006

    SUE CAMPBELL
6   Attorney for Plaintiffs

7

8

9   11/20/06   IT IS SO ORDERED.

10  Honorable Jeremy Fogel, US District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**PROOF OF SERVICE BY MAIL**

2          I, the undersigned, say:

3          That I am now and at all times herein mentioned a citizen of the United States,

4   over the age of eighteen years, a resident of Santa Clara County, California, and not a party to

5   the within action or cause; that my business address is 1155 North First Street, Suite 101, San

6   Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE

7   ACTION by placing said copy in an envelope addressed to

8                Spartan Engineering, Inc.,
                 a California Corporation
9                540 Parrot Street
                 San Jose, CA 95112
10
    which envelope was then sealed and, with postage fully prepaid thereon, was on November 20,
11
    2006, deposited in the United States mail at San Jose, California; that there is delivery service
12
    by United States mail at the place so addressed.
13
             I declare under penalty of perjury that the foregoing is true and correct.
14
             Executed on November 20, 2006, at San Jose, California.
15

16                              _____
17                              CHRISTINE DELGADILLO

18

19

20

21

22

23

24

25

26

27

28